NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**E. WAYNE HAGE** AND **THE ESTATE OF JEAN N. HAGE,**

*Plaintiffs-Cross Appellants,*

**v.**

**UNITED STATES,**

*Defendant-Appellant.*

---

2011-5001, -5013

---

Appeals from the United States Court of Federal Claims in case no. 91-CV-1470, Senior Judge Loren A. Smith.

---

**ON MOTION**

---

**O R D E R**

The United States moves for a 14-day extension of time, until July 20, 2011 to file its response and reply brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUL 19 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Lyman D. Bedford, Esq.
     Elizabeth Ann Peterson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 1 9 2011

**JAN HORBALY**
**CLERK**